# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| JASON & SARA ADAMS, | : | No. 508 MAL 2020 |
| | : | |
| Petitioners | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| ERIE INSURANCE COMPANY, ERIE | : | |
| INSURANCE EXCHANGE AND ALEX R. | : | |
| SZELES, INC.(SETTLED PARTY), | : | |
| | : | |
| Respondents | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 25th day of January, 2021, the Petition for Allowance of Appeal is **DENIED**.